**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001021
29-JUL-2014
08:26 AM**

NO. CAAP-11-0001021

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


In the Matter of the Arbitration Between
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Union-Appellant,
v.
STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES,
HAWAII YOUTH CORRECTIONAL FACILITY (2011-027),
Employer-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 11-1-0549)


ORDER OF CORRECTION
(By: Nakamura, C.J., and Fujise and Reifurth, JJ.)

IT IS HEREBY ORDERED that the Memorandum Opinion filed on June 16, 2014, is corrected as follows:

On page 8, in the second paragraph under paragraph heading B., the case citation "*Id.* at 413, 922 P.2d at 1026" is deleted and replaced with "*Romero v. Star Mkts., Ltd.*, 82 Hawai'i 405, 413, 922 P.2d 1018, 1026 (App. 1996)" so that the case citation reads:

> *Romero v. Star Mkts., Ltd.*, 82 Hawai'i 405, 413, 922 P.2d
> 1018, 1026 (App. 1996) (quoting *McGuire v. Sigma Coatings,
> Inc.*, 48 F.3d 902, 907 (5th Cir. 1995)).

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:   Honolulu, Hawai'i,  July 29, 2014.

Chief Judge

Associate Judge

Associate Judge